FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

99 JUN 14 AM 9:54

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

JUN 14 1999

| | | |
|---|---|---|
| VIRGIL L. DAMRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 99-C-0733-W |
| | ) | |
| WARDEN JOHN NAGLE, DEPUTY WARDEN CHERYL PRICE, CAPTAIN LEVAN THOMAS, and MAIL CLERK THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 24, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for filing to state a claim for which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on June 9, 1999. Plaintiff continues to complain that the defendants violated his constitutional rights to receive mail and argues that they have the burden of showing that the rejection of his mail was necessary to further important penological objectives. Plaintiff was informed that he must obtain prior written permission to receive a package that would otherwise be unauthorized. Plaintiff again does not state that he obtained, or attempted to obtain and was denied, authorization to receive the package.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that

10

the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this ____ day of _____, 1999.

_____
U. W. CLEMON
UNITED STATES DISTRICT JUDGE